**Appeal Reinstated; Order filed April 23, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00034-CV
_____

**HELEN MAYFIELD, Appellant**

**V.**

**THE EAGLE NEWSPAPER, HOLLY HUFFMAN, MATTHEW WATKINS & JOHN P. BARNWELL, CEO OF THE EVENING POST PUBLISHING CO., Appellees**

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-26254**

## ORDER

On May 10, 2012, we abated this appeal pending our review of the order sustaining the contest to appellant's affidavit of indigence. By opinion and judgment issued this day in the appeal docketed under our appellate case number 14-12-00308-CV, this court reversed the trial court's order sustaining the contest

and rendered judgment that appellant is entitled to proceed on appeal without the advance payment of costs.

Accordingly, we order this appeal **REINSTATED.** We **ORDER** the Harris County District Clerk's office to prepare a file a complete clerk's record containing the documents listed in Texas Rule of Appellate Procedure 34.5(a), and any other documents designated by appellant and necessary to her appeal from the summary judgment signed December 12, 2011, on or before **May 28, 2013.**

PER CURIAM